IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH DOBSON**                                                                                                       **PLAINTIFF**

**v.**                                                                              **CAUSE NO. 1:19-cv-273-LG-RPM**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE CO. a/k/a**                              **DEFENDANTS**
**STATE FARM; JOHN AND/OR JANE**
**DOES 1-10**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 24th day of November, 2020.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge